E-FILED
Monday, 11 September, 2006 01:21:10 PM
Clerk, U.S. District Court, ILCD

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **CENTRAL ILLINOIS** |
|---|---|
| Name (under which you were convicted): **LARRY D. GORE** | Docket or Case No.: **06-2172** |
| Place of Confinement: **UNITED STATES PENITENTIARY/LEAVENWORTH** | Prisoner No.: **14226-026** |
| **LARRY D. GORE,** Petitioner, | v. | **UNITED STATES OF AMERICA,** Respondent. |

FILED
SEP 11 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the Central District of Illinois, The Honorarable Michael P. McCuskey, Judge

   (b) Criminal docket or case number (if you know): 03-20105-001

2. (a) Date of the judgment of conviction (if you know): September 9, 2005

   (b) Date of sentencing: September 9, 2005

3. Length of sentence: 240 months imprisonment, 10 years supervised release

4. Nature of crime (all counts): One Count Indictment - Possession of more than 50 grams of cocaine base "crack" with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

5. (a) What was your plea? (Check one)

   (1) Not guilty ❏    (2) Guilty ☒    (3) Nolo contendere (no contest) ❏

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Not applicable (N/A)

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ❏    Judge only ❏

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❏    No ☒

Page 3

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:

(a) Name of court: __N/A__

(b) Docket or case number (if you know): ____

(c) Result: ____

(d) Date of result (if you know): ____

(e) Citation to the case (if you know): ____

(f) Grounds raised: ____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): __N/A__

(2) Result: ____

(3) Date of result (if you know): ____

(4) Citation to the case (if you know): ____

(5) Grounds raised: ____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __N/A__

(2) Docket or case number (if you know): ____

(3) Date of filing (if you know): ____

(4) Nature of the proceeding: ____

(5) Grounds raised: ____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　Yes ❏　No ☒

(7) Result: __N/A_____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __N/A_____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

　　　Yes ❏　No ☒

(7) Result: __N/A_____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

　(1) First petition:　　　Yes ❏　No ☒
　(2) Second petition:　　Yes ❏　No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
N/A
_____
_____
_____

Page 5

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: Counsel was ineffective for having Petitioner waive all post-conviction relief in plea agreement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel's performance fell below constitutional standards as defined in **Strickland** when counsel advised client to accept guilty plea which waived all forms of post conviction attack, including that for ineffectiveness of counsel and prosecutorial misconduct. Petitioner is precluded from any collateral attack due to this ineffectiveness, regardless of how future jurisprudence may affect the length of Petitioner's sentence. Although Petitioner admits that this is a steep hill to climb, Petitioner will timely formulate an argument in support of this position to follow in a Rule 15(a) Amended Pleading to this Motion.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: 

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available): 

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): ____

Date of the court's decision: ____

Result (attach a copy of the court's opinion or order, if available): ____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____

GROUND TWO: __Petitioner's plea of guilty and acceptance of resulting plea agreement was unknowing and unintelligently made__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Petitioner asserts that his plea was unknowingly made, in that he was not made aware by counsel that he was waiving all possible collateral attack on his sentence imposed. Petitioner waived these rights with no apparent benefit to himself, and Petitioner asserts that he was not told by counsel the seriousness of having made such an agreement with the government. Petitioner will also develop this assertion in a timely filed Rule 15(a) Amended Pleading to this Motion.__

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __N/A__

Page 7

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND THREE:** __Counsel was ineffective for failing to object under United States v. Edwards, 397 F.3d 570 (7th Cir. 2005).__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __Counsel was ineffective, violating Petitioner's Sixth Amendment rights,__

Page 8

<u>in failing to object to the exact nature of cocaine base att-</u>
<u>ributable to Petitioner, as it was not proven to be "crack."</u>
<u>As such, Petitioner was not criminally liable under the mandatory</u>
<u>minimums as found under 21 U.S.C. § 841. Should this Court agree</u>
<u>with Petitioner's first two assertions above, Petitioner would</u>
<u>wish to present this claim on collateral attack here, and he will</u>
<u>develop this assertion in a timely filed Rule 15(a) Amended</u>
<u>Pleading to this Motion.</u>

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ❏  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: <u>N/A</u>

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ❏  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?
   Yes ❏  No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ❏  No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ❏  No ❏

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND FOUR: <u>No other grounds for relief are presented herein.</u>

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>All issues presented in this Motion are presented for the first time in a federal court. Petitioner's counsel did not prosecute a direct appeal to the Seventh Circuit on any issues that arose as a result of Petitioner's conviction in this matter.</u>

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Ellyn J. Bullock, 41 East University Avenue, Suite 2A, P.O. Box 227, Champaign, Illinois 61824-0227

    (b) At arraignment and plea: Same as above.

    (c) At trial: Same at Rule 11 hearing and change of plea hearing.

    (d) At sentencing: Same as above.

    (e) On appeal: No appeal perfected.

    (f) In any post-conviction proceeding: None attempted.

    (g) On appeal from any ruling against you in a post-conviction proceeding: None.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This Motion was timely filed, as it was placed in the mailbox at the U.S. Penitentiary-Leavenworth on September 6, 2006, prior to the one year AEDPA deadline for Motions under § 2255.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: **Permit Petitioner to collaterally attack the validity of his sentence under Edwards, and challenge the effectiveness of his counsel in this regards** and resentence Petitioner to less than the mandatory minimums as called for in § 841.

_____X_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on **September 7, 2006,** U.S. First Class postage prepaid, addressed to this Court and to Timothy A. Bass, AUSA, 201 South Vine Street, Urbana, Illinois 61802.

The above statement is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

Exectued on this, the 7th day of September, 2006.

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

* * * * *