E-FILED
Wednesday, 11 October, 2006  03:44:52 PM
Clerk, U.S. District Court, ILCD

October 2, 2006

Larry D. Gore
Reg. No. 14226-026
U.S. Penitentiary
P.O. Box 1000
Leavenworth, Kansas   66048

John M. Waters, Clerk
United States District Court
Central District of Illinois
218 U.S. Courthouse
210 South Vine Street
Urbana, Illinois   61801



FILED

OCT 10 ...

JOHN M. WA...
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Re:   Case No. 2:06-cv-2172

Dear Mr. Waters:

Please find enclosed a copy of the pro se Amended Pleadings that I wish
to have filed before Judge McCuskey.  The government has not yet respon-
ded to my original pleadings, and so this amendment is timely made under
the rule.  Still, it is likely that Judge McCuskey will want to grant
the government an addition month in which to respond.  I certainly would
not oppose such an extension.

I thank you in advance for your assistance in this regard.

Sincerely yours.

Larry D. Gore