E-FILED
Wednesday, 11 October, 2006  04:46:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LARRY D. GORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. CV06-2172 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

### MOTION FOR EXTENSION OF TIME

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, hereby moves for an extension of time within which to respond to the petitioner's motion made pursuant to 28 U.S.C. §2255, and in support of said motion states as follows:

1. On September 11, 2006, the petitioner filed a motion pursuant to 28 U.S.C. §2255. The motion was incomplete as to the facts and grounds for the relief sought by the petitioner. In his motion, the petitioner asserted that he would file an amended petition providing sufficient facts and legal grounds for relief.

2. The same day as the filing of the petitioner's motion, the Court directed the United States to file its response by October 11, 2006.

3. On October 10, 2006, the petitioner filed an eight page amended motion. This motion was received and reviewed by the undersigned on October 11, 2006.

4. The United States requests an additional thirty days to review and prepare an appropriate response to the petitioner's amended pleading which was received by the undersigned on this date.

WHEREFORE, for the foregoing reasons, the United States moves for a thirty day extension of time to respond to the petitioner's motion.

                Respectfully submitted,

                    RODGER A. HEATON
                    UNITED STATES ATTORNEY

BY:    s/ Colin S. Bruce
        COLIN S. BRUCE, Bar No. IL 6200946
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217/ 373-5891
        colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Larry D Gore, #14226 026
>Leavenworth U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. BOX 1000
>Leavenworth, KS 66048

>s/Colin S. Bruce
>COLIN S. BRUCE, Bar No. IL 6200946
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov