UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LARRY D. GORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CV06-2172 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW TRANSCRIPTS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, hereby moves to withdraw the transcripts of the Change of Plea in criminal case CR03-20105. A review of this transcript is necessary for the United States to prepare an appropriate response to the petitioner's motion made pursuant to 28 U.S.C. §2255.

WHEREFORE, for the foregoing reasons, the United States moves to withdraw the transcript of the Change of Plea hearing in criminal case CR03-20105.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:  s/ Colin S. Bruce
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217/373-5891
colin.bruce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Larry D Gore, #14226 026
>Leavenworth U.S. Penitentiary
>Inmate Mail/Parcels
>P.O. BOX 1000
>Leavenworth, KS 66048

>s/Colin S. Bruce
>COLIN S. BRUCE, Bar No. IL 6200946
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov