AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LARRY GORE,**
**Petitioner,**

vs.                                                           Case Number:  **06-2172**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 (#1) is denied.  This case is terminated.

ENTER this 25th day of April 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK